**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN AUSTIN BISHOP | No. 1:26-cr-00043-JAW |

## GOVERNMENT'S WITNESS LIST

During the course of trial, the Government may call individuals from the following list as witnesses or the evidence may include reference to these individuals:[1]

**Group 1 – Representatives of U.S. Department of Homeland Security, U.S. Customs & Border Protection, Office of Field Operations**

Christopher Ceccardi

Theordore Cummings

Tanner Williams

Jonathan Voisine

Herm Gadway

Jason Ackley

Loren Munson

**Group 2 – Representatives of Federal Bureau of Investigation**

Jennifer Misek

Christopher Peavey

1 Out of an abundance of caution, the Government has included the names of individuals that it does not intend to call, but whom the jury may hear testimony about. The names of these individuals have been included so that during *voir dire* the Court can ensure that none of the jurors know any of the witnesses or any person associated with the facts of this case who potentially could be mentioned during testimony.

Brian Smith

Dayerrick Ireland

**Group 3 – Representatives of the Washington County Sheriff's Office**

Michael Crabtree

William White

Ethan Stevens

Michael Congelosi

Christopher Simpson

**Group 4 – Representative of U.S. Department of Homeland Security, U.S. Customs & Border Protection, Office of Professional Responsibility**

Dane Wing

Anthony Perkey

**Group 4 – Representative of the Canada Border Services Agency**

Tim Crawford

**Group 5 – Residents of the Lubec, Maine area**

Gale Swope

Davide Behnke

Donna Redekas

Mary Ramsdell

Jolene Doran

Michael Doran

Hannah Archer

Vincent Gartmayer

Cheyene Maheu

Kim Denbow

Jodi Denbow

Marjorie Elliot

Penny Sprague

Ryan Sprague

Matthew Bryan

MacKenzie Bryan

Lee Pike

Lynn Bradbury

Chloe Savage

Carole Morthland

Brandon Lyons

Carey Farmer

Joseph Warrenn

John Case

David Bishop

Susan Bishop

Mark Greenlaw

Benjamin Locke

Richard Huntley

**Group 6 – Representatives of Downeast Community Hospital**

Marie Lindsey

**Group 7 – Representative of the Calais Community Hospital**

Dr. Kieran Egan

Dated at Bangor this 2nd day of November, 2026.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

/s/ JOEL B. CASEY
Assistant United States Attorney

/s/ ANDREW M. MCCORMACK
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2026, I electronically filed the Government's Witness List with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Matthew Morgan, Esq.
Counsel for Defendant Bishop

Andrew B. Benson
United States Attorney

**/s/Joel B. Casey**
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04101
Tel: 207-945-0373