U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

NOV 13 2026

JENNIFER P. LYONS, CLERK

BY________________________
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

DEVIN AUSTIN BISHOP

Criminal No. 1:26-CR-00043-JAW

# JURY VERDICT FORM

## Count One – Failure to Present for Inspection

1. We, the Jury, unanimously find the Defendant, Devin Austin Bishop,

Guilty of the offense charged in Count One.

*Not Guilty / Guilty*
*Beyond a Reasonable Doubt)*

## Count Two – Assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal officer

2. We, the Jury, unanimously find the Defendant, Devin Austin Bishop,

Not Guilty of assaulting, resisting, opposing, impeding,

*Not Guilty / Guilty*
*Beyond a Reasonable Doubt)*

intimidating, or interfering with Officer Ceccardi.

*If you found the defendant not guilty, do not answer any further questions, simply sign and date the form. If you found the defendant guilty, proceed to the third question.*

3. We, the Jury, unanimously find beyond a reasonable doubt that the Defendant, Devin Austin Bishop's conduct,

__________________ make physical contact with Officer Ceccardi.

*Did Not / Did*

*If you answered Did Not to this question, do not answer any further questions, simply sign and date the form. If you answered Did to this question, then proceed to the fourth question.*

4. We, the Jury, unanimously find beyond a reasonable doubt that the Defendant, Devin Austin Bishop,

____________________ inflict bodily injury upon Officer Ceccardi.

*Did Not / Did*

*Please sign and date the form.*

Dated: November 13, 2026

Signature Redacted – Original on file with the Clerk's Office